# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK R.G. HOSKIN,<br><br>          Petitioner,<br><br>     v.<br><br>LORETTA E. LYNCH,<br><br>          Respondent. | Case No. CV 15-07101 DSF (AFM)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed without prejudice.

DATED: 3/14/16

*Dale S. Fischer*
_____
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE